JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-2836-GW-KES | Date | June 15, 2023 |
|---|---|---|---|
| Title | *Lamar A. Ray v. McKinney* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER**

      Pro per Plaintiff filed this petition for writ of habeas corpus on April 14, 2023. *See* ECF No. 1.  On April 17, 2023, the Clerk of the Court sent a notice of discrepancy to Plaintiff indicating that he had failed to submit the $5.00 filing fee or otherwise a request to proceed in forma pauperis. *See* ECF No. 2. Plaintiff was informed that he would have thirty days to respond to the notice or his case may be dismissed. *Id.* Plaintiff has not responded to the notice as of June 14, 2023.

      In light of the above, this action is dismissed without prejudice.

 

:

| Initials of Preparer | JG |
|---|---|